No. 561. MONAGAS ET AL. *v.* ALBERTUCCI.—Appeal from the District Court of Mayagüez. Motion to dismiss the appeal because the appellant failed to file his brief. Decided October 3, 1910. Motion overruled because the brief was filed in time. *Messrs. F. L. Cornwell* and *Fernando Vázquez* for petitioner. *Mr. Manuel F. Rossy* for respondent.

---

No. 583. DÍAZ *v.* VÉLEZ ET AL.—Appeal from the District Court of Mayagüez. Motion to dismiss the appeal. Decided October 3, 1910. Appeal dismissed because the transcript of the record was filed after the date of notification of the motion to dismiss this appeal. *Messrs. Bosch* and *Soto* for petitioner. *Messrs. Benjamin J. Horton* and *Leopoldo Feliú* for respondent.

---

No. 602. MARCOS *v.* ZIMMERMAN.—Appeal from the District Court of San Juan, Section 2. Motion to dismiss the appeal. Decided October 3, 1910. Appeal dismissed for noncompliance with section 299 of the Code of Civil Procedure and rule 40 of the rules of the Supreme Court. *Messrs. Bosch* and *Soto* for petitioner. *Mr. Juan A. Guzmán Benítez* for respondent.

---

No. 603. LARROSA ET AL. *v.* ESTATE OF LARROSA.—Appeal from the District Court of San Juan. Motion to dismiss the appeal. Decided October 3, 1910. Appeal dismissed for noncompliance with section 299 of the Code of Civil Procedure and rule 40 of the rules of the Suupreme Court. *Mr. Eugenio Benítez Castaño* for petitioner. *Mr. Juan de Guzmán Benítez* for respondent.